AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Rooble D. Adan<br>*Defendant(s)* | )<br>)<br>)  Case No. 2:25-mj-570<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 8, 2025__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | Bank robbery |

This criminal complaint is based on these facts:

See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Tyler Schwab, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Via Telephone

Date: October 9, 2025

City and state: Columbus, Ohio

_____
Elizabeth A. Preston Deavers
United States Magistrate Judge