I, Tyler Schwab, being first duly sworn, hereby depose and state as follows:

1. I make this affidavit in support of a complaint against Rooble D. ADAN for violating 18 U.S.C. § 2113(a), bank robbery.

2. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since January 6, 2019. Your Affiant has been assigned to the FBI Safe Streets Task Force in Columbus, Ohio, since January of 2023. Prior to being assigned to the Safe Streets Task Force, I was assigned to the Joint Terrorism Task Force (JTTF) for approximately four years. During my assignment at the JTTF, I was a Case Agent and Co-Case Agent for multiple international and domestic terrorism investigations. While assigned to the JTTF, your Affiant received specialized training in international terrorism and homicide investigations. Furthermore, I have received training in computer-related crimes as well as in the criminal use of email, social media, and telephonic communications.

3. This affidavit is not intended to include each and every fact and matter observed by or made known to Agents of the government. This affidavit is intended to show merely that there is sufficient probable cause for the criminal complaint and does not set forth all of my knowledge about this matter. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, and information gained through my training and experience.

4. More specifically, evidence obtained by your Affiant, provided in detail below, indicates that Rooble D. ADAN was responsible for a bank robbery that occurred on October 8, 2025, at the Chase Bank located at 5681 Cleveland Avenue, Columbus, Ohio 43231. The bank robbery occurred within the Southern District of Ohio, Eastern Division. Chase Bank's deposits

were federally insured by the Federal Deposit Insurance Corporation (FDIC) at the time of the robbery.

**Bank Robbery-Chase Bank, 5681 Cleveland Avenue, Columbus, Ohio 43231**

5. On October 8, 2025, at approximately 8:58 a.m., an individual, later identified as Rooble D. ADAN, entered the Chase Bank, located at 5681 Cleveland Avenue, Columbus, Ohio 43231. Upon entering the bank, Rooble D. ADAN approached a Chase Bank financial advisor and handed the financial advisor a note. Following the robbery the Columbus Division of Police (CPD) obtained the note. A photo of the note provided by CPD is below.




6. Your Affiant believes the note to read as follows: Allahu Akbar. There is bomb in my pack and bomb on (unintelligible) top of building. If you don't follow orders everyone will die. Get 100k cash and wire one million dollar to (unintelligible) account. It's All Shobab you infidels. You go to hell. You got ten seconds.

7. Upon receiving the note, the financial advisor went to one of the tellers in the bank and gave the note to the teller. Rooble D. ADAN then smacked one of the female tellers in

the face and began taking cash from two of the tellers' drawers. In total Rooble D. ADAN took approximately $2,985 from the two tellers' drawers.

8. After taking the cash, Rooble D. ADAN exited the bank. After Rooble D. ADAN exited the bank, one of the customers called 911. A CPD officer was in the area of the bank and responded to the 911 call. The CPD officer saw Rooble D. ADAN leaving the bank and apprehended him. The CPD officer also found approximately $2,985 on Rooble D. ADAN'S person and a cell phone in his backpack.

9. After being taken in custody, Rooble D. ADAN was taken to CPD headquarters where he was processed, and an interview was attempted. The interview was attempted by CPD Detective Nicholas Seirs, FBI Special Agent David Sinclair, and FBI Special Agent Benjamin Oesterle. During the attempted interview Rooble D. ADAN invoked his right to an attorney but then proceeded to make spontaneous utterances. These utterances included statements about wanting a Quran, wanting to pray, and that he is a "priest." Additionally, referring to before the bank robbery, Rooble D. ADAN made a statement about being in his truck reading the Quran and not knowing what happened.

10. Based on the foregoing, I believe that there is probable cause to issue a criminal complaint and arrest warrant for Rooble D. ADAN for violating 18 U.S.C. § 2113(a), bank robbery.

Respectfully submitted,

Tyler Schwab
Special Agent
FBI

Subscribed and sworn to before me on October 9, 2025




Elizabeth A. Preston Deavers
United States Magistrate Judge