AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Rooble D. Adan<br><br>*Defendant* | )<br>)<br>) Case No. 2:25-mj-570<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Rooble D. Adan,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Bank robbery, in violation of 18 U.S.C. § 2113(a), on October 8, 2025.

Date: October 9, 2025

*Elizabeth A. Preston Deavers*
United States Magistrate Judge

City and state: Columbus, Ohio

---

### Return

This warrant was received on *(date)* 10/9/25, and the person was arrested on *(date)* 10/10/25
at *(city and state)* Columbus, Ohio.

Date: 10/10/25

*Arresting officer's signature*

Special Agent Tyler Schwab
*Printed name and title*